UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARK COULOMBE

    v.                                                                                                                                   CA 14-491 ML

CAROLYN COLVIN,
Acting Commissioner of Social Security

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendations issued by Magistrate Judge Sullivan on February 19, 2016 (Docket #13). No objection has been filed and the time for doing so has passed. The Court, having independently reviewed the Report and Recommendations, finds that the legal conclusion reached by the Magistrate Judge is correct. Accordingly, the Court adopts the Report and Recommendations.

The Plaintiff's Motion to Reverse, without or, Alternatively, with a Remand for a Hearing, the Commissioner's Final Decision (Docket #10) is GRANTED, and the Defendant's Motion for an Order Affirming the Decision of the Commissioner (Docket #12) is DENIED. The matter is remanded to the Commissioner for further proceedings consistent with the Report and Recommendations pursuant to Sentence Four of 42 U.S.C. § 405(g).

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Senior United States District Judge
March 17, 2016